# United States District Court

## WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

ROBERT LORENZO HESTER, JR.,
a/k/a "Mohammed Junaid Al Amreeki," a/k/a "Junaid
Muhammad," a/k/a "Rabbani Junaid Muhammad," a/k/a
"Rami Talib," a/k/a "Ali Talib Muhammad"
[DOB: 04/21/1991]

18 U.S.C. § 2339B
NMT 20 Years' Imprisonment
NMT $250,000 Fine
NMT 3 Years' Supervised Release
$100 Mandatory Special Assessment
Class C Felony
**CRIMINAL COMPLAINT**

**Case Number:** 17-MJ-00027 JTM

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

From in or about October 2016 up to and including on or about February 17, 2017, in the Western District of Missouri and elsewhere, ROBERT LORENZO HESTER, JR., a/k/a "Mohammed Junaid Al Amreeki," a/k/a "Junaid Muhammad," a/k/a "Rabbani Junaid Muhammad," a/k/a "Rami Talib," a/k/a "Ali Talib Muhammad," the defendant, did knowingly attempt to provide material support or resources, including, among other things, property, service, training, and personnel, to a foreign terrorist organization, to wit, the Islamic State of Iraq and the Levant, knowing that the organization has been designated by the Secretary of State as a foreign terrorist organization since 2004, and is currently designated as such, and that the organization has engaged and engages in terrorist activity and terrorism, in violation of Title 18, United States Code, Section 2339B.

I further state that I am a Special Agent and that this complaint is based on the following facts:

(See attached affidavit)

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No.

Patrick T. Casey, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

February 19, 2017      at      Kansas City, Missouri
Date                                 City and State

HONORABLE ROBERT E. LARSEN
United States Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer